UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LACAL LUCKY WILSON, 093801** | **CIVIL ACTION NO. 10-161** |
| **VERSUS** | **SECTION "I"** |
| **N. BURL CAIN, WARDEN LOUISIANA STATE PENITENTIARY** | **MAGISTRATE (6)** |

**ANSWER**

**NOW INTO COURT**, through undersigned counsel, comes Walter P. Reed, District Attorney for St. Tammany Parish, State of Louisiana, who denies each and every allegation of the Application for Writ of Habeas Corpus filed herein, except as hereinafter specifically admitted and further respectfully represents:

1.

The State admits that petitioner, Lacal Lucky Wilson (hereinafter referred to as "Wilson"), is a state court prisoner incarcerated following a guilty verdict on May 15, 2005 to one count of simple burglary in violation of La. R.S. 14:62. On November 10, 2005, Wilson was adjudicated a fourth felony offender and sentenced to life imprisonment. On

November 3, 2006, the First Circuit Court of Appeal affirmed the conviction, habitual offender adjudication and sentence. Wilson did not seek supervisory review of that ruling by the Louisiana Supreme Court. Thereafter, Wilson filed numerous motions and applications for post conviction relief with the trial court, as detailed below.

2.

Defendant further sets forth below the applicable dates herein:

| **Date** | **Description** |
| --- | --- |
| 05/15/05 | Wilson is convicted of one count of simple burglary, in violation of La. R.S. 14:62 |
| 11/10/05 | Wilson is adjudicated a fourth felony offender and sentenced to life imprisonment |
| 11/03/06 | First Circuit Court of Appeal affirmed Wilson's conviction, habitual offender adjudication and sentence |
| 12/03/06 | Wilson's conviction becomes final for AEDPA purposes |
| 01/16/07 | Wilson filed an Application for Post Conviction Relief with the state district court |
| 01/25/07 | District Court denied Wilson's Application for Post Conviction Relief |
| 05/01/07 | Wilson filed a motion for reconsideration of sentence |
| 05/03/07 | Motion for reconsideration of sentence is denied |
| 05/07/07 | Motion for incompetent hearing filed |
| 05/08/07 | Motion for insanity hearing |
| 05/15/07 | Motion for insanity hearing denied |

| | |
|---|---|
| 05/10/07 | Motion for incompetent hearing denied |
| 07/27/07 | Wilson filed a motion to vacate sentence |
| 08/01/07 | Motion to vacate sentence is denied |
| 08/03/07 | Motion to correct illegal sentence is filed |
| 08/09/07 | Motion to correct illegal sentence is denied |
| 08/09/07 | Motion for rehearing is filed |
| 08/24/07 | Second application for post conviction relief is filed |
| 09/04/07 | Motion for rehearing is denied |
| 08/31/07 | Second application for post conviction relief returned to Wilson for failure to include sentencing minutes and affidavit |
| 10/08/07 | Writ application filed with First Circuit Court of Appeal (2007KW2089) |
| 10/15/07 | Motion for insanity hearing is filed |
| 10/22/07 | Motion for insanity hearing is denied |
| 11/15/07 | Motion to recuse and appoint counsel is filed |
| 12/04/07 | Motion to recuse and appoint counsel is denied |
| 12/27/07 | First Circuit Court of Appeal denies writ application (2007KW2089) |
| 04/10/08 | Motion for new trial is filed |
| 04/15/08 | Motion for new trial is denied |
| 04/14/08 | Motion to quash is filed |
| 04/16/08 | Motion to quash is denied |

| | |
|---|---|
| 05/05/08 | Third application for post conviction relief received by trial court |
| 05/14/08 | Third application for post conviction relief returned to Wilson for failure to attach sentencing documents |
| 06/04/08 | Trial court denies third application for post conviction relief as repetitive |
| 06/13/08 | Motion to show cause is filed |
| 06/16/08 | Motion to show cause is denied |
| 06/26/08 | Motion for insanity hearing is filed |
| 07/01/08 | Motion for insanity hearing is denied |
| 07/10/08 | Motion to correct illegal sentence is filed |
| 07/14/08 | Motion to correct illegal sentence is denied |
| 07/30/08 | Motion for extension to file writ application filed with First Circuit Court of Appeal |
| 08/04/08 | Motion for extension to file writ application granted by First Circuit Court of Appeal |
| 09/25/08 | Writ application filed with First Circuit Court of Appeal (2008KW2034) |
| 02/02/09 | First Circuit Court of Appeal denies writ application (2008KW2034) |
| 12/18/09 | La. Supreme Court denies writ application (from First Circuit ruling in case no. 2008KW2034) |
| 01/04/10 | Habeas petition signed by Wilson |

3.

The remainder of the allegations of the Application for Writ of Habeas Corpus filed herein by applicant, Lacal Wilson, are denied.

4.

The State of Louisiana alleges that this petition was not filed timely and should be dismissed, or in the alternative, should be dismissed based upon procedural default, or on the merits.

5.

Defendant herein further adopts and incorporates the legal authority set forth in the Memorandum in Opposition to Application for Habeas Corpus Relief.

WHEREFORE, the State of Louisiana prays that this Answer be deemed good and sufficient and after all due proceedings are had that there be judgment herein dismissing applicant's claims and for all other general and equitable relief as this Court deems proper.

Respectfully submitted:

By: s/Kathryn Landry_____
KATHRYN LANDRY, Bar No. 19229
P. O. Box 82659
Baton Rouge, LA 70884
Telephone: (225) 766-0023
Facsimile: (225) 766-7341

Case 2:10-cv-00161-LMA   Document 11   Filed 05/18/10   Page 6 of 6

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing ANSWER has been mailed to the opposing party herein:

Lacal Lucky Wilson #093801
TU Upper D - Cell 8
Louisiana State Penitentiary
Angola, LA 70712

Baton Rouge, Louisiana this 18th day of May, 2010.

                                                      s/Kathryn Landry
                                                      KATHRYN LANDRY