Mr. LACAL Lucky Wilson

versus

N. Burl Cain warden et, al,

Date filed _____

United States District Court
Eastern District of Louisiana

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED MAY 12 2011
LORETTA G. WHYTE
Clerk

written Motion for objection

Civil action
case no:
10-161
Section: I(2)

Statements of facts, on 8-9-194, I was arrested By parole agent Mr. Coren elvene, And on 8-31-1995, I was examine By Doctor Rafael F. Salcedo and Doctor John Paul Pratt, I was found mental incompetent and was order By Judge Stephen A. Duczer To be committed To The Feliciana Forensic Facility At Jackson for impatient treatment, S-1 psychiatric evaluation, in 2004, I was examine By Doctor Rafael F. Salcedo and Doctor John Thomas Doctor Rafael F. Salcedo contradict his psychiatric Report saying that I was competent, and I was found mental incompetent I can't be Both the psychiatric Doctor had abuse their distrection and authority, they cause an conflict of interest, I am mild mental retarded.

1. Counsel were ineffective by having defendant pled guilty to defective bill of information in these cases, And #193586 Being used in #374567-G pursuant to LA.R.S. 15:529.1 which omitts That the Burglaries were committed By An unauthorized By entry. US-v-Moreci, 283 F.3d 293, 296 [5th cir, 2002] "challenge to indictment for failure to charge offense maybe raised at any time]. See also US-v-Henry, 288 F3d 657, 661 [5th cir, 2002] And Russell-v-US 369 US.749, 769-70 [1962]

2. Decientant was subjected to ineffective counsel in having him plea guilty to bills of ineffective counsel in having him plea guilty to bills of information which does not track the language of the statute but admitts the same in violation

of Due process,

3. Defendant was subjected to ineffective counsel in pleading guilty to defective bills of information which was not signed by Walter Reed-DA under LA. C. Cr. P. Art. 62.

4. Defendant was arbitrary denied a motion In Limine filed 4-11-05, without a hearing in accordance with due process.

5. That counsel's advice to plea guilty was not competent advice whereas I was insane at time of the offenses to which would exempt me from criminal responsibility under LA. R.S. 14:14+15 yet no investigation into my only plausible defense was made. See Tollett-v-Henderson, 411 US 25, 263 [1973][citing Brady-v-US, 397 US 742, 758 [1970]

Action filed by Lacal Lucky Wilson, a pretrial detainee with a state parole detainer for damages, declaratory and injunctive relief under 42 USC 1983, alleging deliberate indifference to my safety and welfare in violation of the Fifth, Eight, and fourteenth to united States Constitution. The plaintiff also alleges the torts of mental distress and anguish and negligence.

### Jurisdiction

1). The court has jurisdiction over the plaintiff's claim of federal constitutional rights under Art. 5, Section 16, LA Const. 1974.

2) The court has supplemental jurisdiction over plaintiff state law tort claims under LA. CC Art. 2315-2324

## Parties

3) The plaintiff, Lacal Wilson is incarcerated at LA. State penitentiary, to which the deprivation is continuing.

4) Defendant N. Burlecain is over the LA state penitentiary, warden offices, LSP-Angola, LA. 70712.

5) All the defendants have acted continue to act, under color of state law at all times relevant to this complaint.

6) On December the 2nd day of 2003, I was arrested without a warrant to which no probable cause determination has been made with 48 hours of my arrest.

## Law and Argument

On September the 15 day of 1994, I breach a written authozation contract with the state and parole board not to be move out of the St. Tammany parish Jail, due to an saintey commission but the sheriff tender my body in to the hands of DOC, unlawful, on 9-20-1996, I met the parole Board, and was released the same very day and was place on 5 months and 22 days, I remain on the streets (6) weeks and was re-arrested for the same offense twice, and was resentence to addition 13 years on 12-12-1996, their error was not recify by their mistake.

## Relief desire

I request $900, point and a million dollar.

## Order

it is order that the magistrate Judge Grant relief to the plaintiff of his petition claim in good faith, he is entitled to immediate release and all the pain and suffer that they all had cause me and my family, under the penalty of perjury and good faith,

## Motion to show cause

it is also that all defendants that act in their colors to show good cause before this court on the ___ day of May, 2011, At _____ o'clock ___ m, why said Relief should not be issued,

it is order that counsel be appointed other than the indigent Defendant office in light of allegations made,

Clerk to serve all parties a copy of this motion and order,

           Sign By magistrate

x _Lacal L. Wilson_        x _____
LACAL L. WILSON, #93801,        Judge
Camp-J-Cuda, 2-L-4,
LA State penitentiary,
Angola, La. 70712,

"AN EQUAL OPPORTUNITY EMPLOYER"


200310034406

**State of Louisiana**
DEPARTMENT OF SOCIAL SERVICES
OFFICE OF FAMILY SUPPORT
DISABILITY DETERMINATIONS
P. O. BOX 5916
METAIRIE, LA   70009
504-838-5000 OR 1-800-256-2299
FAX 1-800-477-8362 / 838-5607

M.J. "Mike" Foster, Jr.
Governor

Gwendolyn P. Hamilton
Secretary

October 3, 2003

MEDICAL CENTER OF LOUISIANA NOCH
DISABILITY DETERMINATIONS
ATTENTION: GAIL MCGEE
P O BOX 5916
METAIRIE, LA 70009

Please Reply To: NOKPD   32

Claimant: LACAL LUCKY WILSON

A/N: 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   CASE #: 0Q09113

DOB: 10/17/1962

77-047389

TYPE: 28 DI CONC: N
PATIENT #: UNKNOWN   AOD: 10/17/1962

ALLEGATIONS: mental retardation and diabetes
DATES OF INFORMATION REQUESTED: FROM: 10/02 to PRESENT

PLEASE SEND THE FOLLOWING INFORMATION:
HISTORY
X-RAY REPORTS
PHYSICAL EXAM
OUTPATIENT NOTES

SPECIAL INSTRUCTIONS:

REQUESTED INFORMATION NOT AVAILABLE DUE TO:
____ CHART NOT CURRENTLY AVAILABLE IN RECORDS AREA
____ THERE ARE NO RECORDS HERE UNDER THE ABOVE NAME; PLEASE SUBMIT ADDITIONAL
     INFORMATION SUCH AS ANOTHER ADDRESS, FEMALE'S MAIDEN NAME OR HUSBAND'S NAME
____ CHART CHECKED OUT TO CLINIC
____ CLAIMANT STILL IN HOSPITAL
____ CHART INCOMPLETE
____ OTHER _____
____ REQUEST RETAINED
____ REQUEST RETURNED

PATIENT'S SIGNED AUTHORIZATION ATTACHED

EXTRACTOR'S NAME: _____   DATE: _____
nokpd/D0437/0060422

LACAL Lucky Wilson       United States
    verus              Eastern District
Warden No Burl Cain,   Court of Louisbana,

Date filed _____ written oJection   Civil Action
                                       Case no: 10-161
                                       Section I (2)

1. Counsel was ineffective for failure to obJect To use of other crime evidence [14:62] [Business burglary] to which I was not charged and or gave notice of as mandated By Due process And LA, cod Evid. Art. 404. B.

2. Counsel was ineffective in failing to seek my Release without Bond obligation due to no probable cause determination within 48 hours of my arrest under LA. c. cr. p. Art. 230.2. A. And Gerstein -v- pugh 420 us 103 [1975]

3. Counsel Failure to seek DNA or Fingerprints of the alleged point of entries into the automobile and Busine which would support defendant claim of innocence w ineffective,

4. The police Failure to seek DNA/fingerprints of the alleged crime scene violates due process under California -v- Trombetta, 467 US 479, 488 [1984] Since said evidence would have exonerated defendan
                    — over on next page —

5) That the States failure to seek criminal prosecution of Mr. Guera who shot at me several times while walking home without probable cause who was drinking along with the allege victim upstairs doing drugs to which a search of the car would have revealed alcohol and drugs in their system to support mistaken identity.

6) The one on one identication by the alleged victim violated Due process and my rights under Neil-v-Biggerr 409 U.S. 188, 198 [1972] since no independent identification has been made prior to trial.

Clerk to serve all parties a copy of this motion and order, said and done this 9th day of _____ 2011.

order
_____

Based on the foregoing motion, it's order the state of LA thru Walter P. Reed District Attorney show cause on the ____ day of _____, 2011, at ____ o'clock ___ m, why said relief should not issue. it's order private conflict-free counsel be appointed for this indigent, —over—

Sign By magistrate

X _____
Judge

Lacal L. Wilson
#93801, Camp-J-Cuda
2-L-4, LA. State penitentiary,
Angola, LA. 70712,

The Judge gave the District Attorney 90 days to prepare their defense, they were way over Due and they ask for more time on the Delay, That's when I filed an default Judgment they was tryin to By time, please review Class offender the District offices and LSP- record offices CCassified me as an Six Class offender incorrect,

```
DATE: 03/11/11          DPS&C CORRECTIONS SERVICES          TIME: 10:22
AMENDED: 04/08/09              MASTER RECORD                 PAGE 1

------------------------------ D E S C R I P T I O N ------------------------------

DOC #..: 00093801       CURRENT LOC: LA STATE PEN
NAME: WILSON, LACAL                  B/M          DOB.......: 10/17/1962

SID NUMBER: 001066146   FBI NUMBER: 281540DA6     SOC.SEC....: 437412772
HGT.......: 5`10        WEIGHT....: 190           HAIR.......: BLACK
COMPLEXION: MEDIUM      SHOE SIZE.: 105           EYES.......: BROWN
STRIKE....: YES
******************** R E L E A S E    I N F O R M A T I O N ******************
                                                      DNA: Y
OFFENDER CLASS: 06      GT ACT.: ACT 138          TEST DATE: 08/04/2003
WRED:           DN
PED: NOTELG             DS ...:   /  /                    FTD: LIFE
                        ADJ.TO.: NONE

PB ACTION..:            MS ON TOTAL LOSS OF GT        TOTAL SENTENCE
                        TO DATE:                           LIFE
TYPE ACTION:            RESTORED:      0
ACTION DATE:            CTRP Release Factor:  0  DAYS

COMMENTS:
         UPDATE EMER CONT INFO PER OFFENDER REQUEST

DETAINER: N    DETAINER INFO:


---------------------- O F F E N S E   I N F O R M A T I O N ----------------------


                                                    TERM     HW REV GT  APP
 DOCKET    PAR HW SENTENCE                          CNT YYYMMDD CR FLG ACT JCR
 NUMBER    CON CR  DATE    MOD1&2    STATUTE
========= === == ======== ======= ================  === ======= == === === ====
230804    STM AG 11/28/05   /    SIMPLE BURGLARY    002 0060214 AG  X  138 0000
     ORIG.SENT. 11/12/96        REVOC-GTPS-NEW FELONY       ON 11/28/05

232715    STM AG 11/28/05   /    SMPL-BURGLARY-INH  001 0060214 AG  X  138 0000
     ORIG.SENT. 11/12/96        REVOC-GTPS-NEW FELONY       ON 11/28/05

232716    STM AG 11/28/05   /    SIMPLE BURGLARY    001 0060214 NA  X  138 0000
     ORIG.SENT. 11/12/96        REVOC-GTPS-NEW FELONY       ON 11/28/05

374567    STM NA 11/10/05 HAB/   SIMPLE BURGLARY    001 LIFE    NA     000 0706
```

```
DOC #..: 00093801    NAME..: WILSON, L                              PG  2
------------------------------- A L I A S -------------------------------------
  LACAL          L  WILSON                 10/17/62

********************** E M E R G E N C Y   C O N T A C T **********************

  EMERGENCY CONTACT: RUTHIE WILSON          RELATION.......: MOTHER
  EMERGENCY ADDRESS: 3050 HARRIS STREET     EMER.CITY/ST: SLIDELL         LA
  EMERGENCY ZIPCODE: 70458                  EMERGENCY PHONE: (985) 646-1153

------------------------------ P E R S O N A L   D A T A ---------------------
  ADDRESS..:3050 HARRIS STREET    SLIDELL, LA  70458
  BIRTH CITY: SLIDELL              ,LOUISIANA           CITIZEN..: YES
  MARITAL ST: SINGLE               CHILDREN: 02         RELIGION..: BAPTIST
  DRIVER LIC:                      -                                JSEP..: 4
  OCCUPATION: NOT IN LABOR FORCE-UNEMPLOYED              EDUCATION.: 10 YRS.
  MOTHER`S NAME: RUTHIE    WILSON        . FATHER`S NAME: ALEX WILSON

------------------- S C A R S - M A R K S - T A T T O O S --------------------

  MARK/INFIRMITY.1: TAT R ARM       LITERAL: 8 BALL
  MARK/INFIRMITY.2:                 LITERAL:
  MARK/INFIRMITY.3:                 LITERAL:
  MARK/INFIRMITY.4:                 LITERAL:
  MARK/INFIRMITY.5:                 LITERAL:

-------------------- T R A N S F E R    I N F O R M A T I O N ----------------

                                               FROM      TYPE
    ASSIGNED   LOCATION      PHYSICAL  LOCATION   DATE    SUPV
    =====================    =====================  ========  ====
    HUNT RECEPTION AND DI    HUNT RECEPTION AND DI  12/10/90   G
    LA STATE PEN             LA STATE PEN           02/18/91   A
    AMITE DISTRICT           AMITE DISTRICT         02/28/94   G
    AMITE DISTRICT           ABSCOND                08/04/94   G
    AMITE DISTRICT           ST. TAMMANY PP         08/31/94   G
    AMITE DISTRICT           HUNT RECEPTION AND DI  01/23/95   G
    AMITE DISTRICT           LA STATE PEN           06/12/95   G
    AMITE DISTRICT           ST. TAMMANY PP         08/04/95   G
    AMITE DISTRICT           LA STATE PEN           08/09/95   G
    AMITE DISTRICT           ST. TAMMANY PP         01/05/96   G
    AMITE DISTRICT           LA STATE PEN           07/10/96   G
    LA STATE PEN             LA STATE PEN           09/20/96   A
    AMITE DISTRICT           AMITE DISTRICT         09/20/96   G
    OAS/SOUTH JAILS          ST. TAMMANY PP         11/12/96   A
                       (transfers continued next page)
```

```
DOC #..: 00093801     NAME..: WILSON, L                                PG  3
-------------------- T R A N S F E R     I N F O R M A T I O N --------------------
                                           FROM      TYPE
  ASSIGNED  LOCATION   PHYSICAL  LOCATION  DATE      SUPV
  ===================  ===================  ========  ====
  HUNT RECEPTION AND DI HUNT RECEPTION AND DI 03/10/97  A
  RAYBURN CORR CENTER  RAYBURN CORR CENTER  03/31/97  A
  COVINGTON DISTRICT   COVINGTON DISTRICT   08/24/03  G
  COVINGTON DISTRICT   ST. TAMMANY PP       12/02/03  G
  COVINGTON DISTRICT   ST. TAMMANY PP       01/21/04  G
  OAS/SOUTH JAILS      ST. TAMMANY PP       11/02/05  A
  HUNT RECEPTION AND DI HUNT RECEPTION AND DI 11/15/05  A
  LA STATE PEN         LA STATE PEN         01/03/06  A


  LSP54
  -----------------------------
  PRINTED BY                                              03/11/11
```

CASE NUMBER: LSP-2006-1347

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>WILSON, LACAL 93801</u>　　　　　P. J SK. 1/L
　　　　　　　　　　　　　　　　　　　　Living Quarters

Response to request dated 03/29/2006, received in this office on 04/04/2006

You were convicted of your first offense in 1981 (simple burglary). This made you a first offender. In 1986 you were convicted of simple burglary and illegal possession of stolen things making you a second offender. In 1988 you were again convicted of simple burglary thus making you a third offender. In 1991 you were convicted the fourth time of simple burglary, making you a fourth offender. In 1996 you were convicted a fifth time of another smiple burglary and simple burglary of inhabited dwelling, making you a fifth offender. Then in 2005 you again were convicted of another simple burglary making you a sixth offender.

Your request for administrative remedy is denied.

Prepared by: _Ann Newman_

_4/11/08_
Date

_[signature]_
Unit Head

**Instructions to Inmate:** If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

[✓] I am not satisfied with this response and wish to proceed to Step Two.

Reason: The Department of corrections, Tamper with my origion master prison rap-sheet I discharge on 9-20-1996, As An fourth offender, Still classified as an fourth offender, my whole rap-sheet don't resist, you could see As The rap-sheet Been Tamper with By Ms. Ann Menser,

4-15-08　　　　　　　　　　　Lacal Wilson 93801
Date　　　　　　　　　　　　Inmate's Signature   DOC#

CASE NUMBER: LSP-2010-2185

### FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: WILSON, LACAL 93801

J CUDA 3/R
Living Quarters

Response to request dated 07/26/2010, received in this office on 07/27/2010

In determining offender classification, an offense will be counted as a new offense only when committed after conviction for the previous offense. You can only be a second offender after having committed a second offense after having been convicted of a first offense; a third offender after having committed a third offense after having been convicted of a second offense, etc. You are a sixth offender. You committed and were convicted of the below crimes:
1 - committed simple burglary, arrested 6/4/80, sentenced 2/17/81 - STM/80967
2 - committed attempted simple burglary of auto, arrested 10/02/84, sentenced 1/15/86 - STM/131944 & STM/135233
3 - committed simple burglary, arrested 8/13/87, sentenced 3/17/88 - STM/165598
4 - committed simple burglary, arrested 10/4/90, sentenced 2/19/91 - STM/193586
5 - committed simple burglary, arrested 5/20/94, sentenced 11/12/96 - STM/232715 & STM/232716
6 - committed simple burglary, arrested 12/5/02, sentenced 11/10/05 - STM/374567

The arrest date of your violator sentences (232715 & 232716) are the same as your sentencing date because you do not get jail credit on this docket as the judge was silent as to how your new charge was to run with your parole violator sentence, therefore, it was run consecutive as is department policy. All jail credit went to the new offense.

The bill of information provided by the Clerk of Court for docket 230804 states that the crime was committed on 5/20/1994. This is the document we must go by.
This office is in possession of the bill of information and sentencing minutes for all dockets on your master prison record.
This office has reviewed your master prison record and found that the information contained on your master is correct in accordance with the documents in our possession. Your release date remains LIFE. Your request for administrative remedy is denied.

Prepared by: _____
Ann Menser, Records Analyst

_____                         _____
Date                                            Unit Head

Instructions to Inmate: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason: The info that the record office's has provided is defective, no good is incorrect, tamper with the master prison, still classified as fourth offender - the charges cannot be used as new offenses, no: LSP-2006-1347,

8-12-10                                         Lacal L. Wilson
Date                                            Inmate's Signature   DOC#

Mr. LaCal Lucky Wilson # 93801,
Camp-J-Cuda, 2-L-4, La. State
Penitentiary, Angola, La. 70712

To: Clerks of Court,
United States District
Court, Eastern District
of Louisiana, New Orleans, La.
70130

7011 2K1198

Legal Mail