UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LACAL LUCKY WILSON | CIVIL ACTION |
| VERSUS | NO.  10-161 |
| N. BURL CAIN ET AL. | SECTION "I"(2) |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Lacal Lucky Wilson , which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Lacal Lucky Wilson's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ____20th____ day of May, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE