**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


LACAL LUCKY WILSON                                      CIVIL ACTION

VERSUS                                                         NO.  10-161

N. BURL CAIN ET AL.                                     SECTION "I"(2)


### J U D G M E N T

The court having approved the Report and Recommendation of the United States

Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor

of respondent, N. Burl Cain, and against petitioner, Lacal Lucky Wilson, dismissing with

prejudice Wilson's petition for issuance of writ of habeas corpus under 28 U.S.C. § 2254.


New Orleans, Louisiana, this ____20th____ day of May, 2011.


_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE