UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LACAL LUCKY WILSON                                          CIVIL ACTION

VERSUS                                                      NO.  10-161

N. BURL CAIN ET AL.                                         SECTION "I"(2)

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

\_\_\_X\_\_\_   a certificate of appealability shall not be issued for the following reason(s):

For the reasons expressed in this Court's prior opinion denying petitioner relief, the petitioner has failed to make a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, this  20th  day of May , 2011.

_____
UNITED STATES DISTRICT JUDGE