# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30667
USDC No. 2:10-CV-161

LACAL LUCKY WILSON,

                              Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY,

                              Respondent-Appellee

Appeals from the United States District Court
for the Eastern District of Louisiana

O R D E R:

      Lacal Lucky Wilson, Louisiana prisoner # 093801, has applied for a certificate of appealability (COA) to appeal the district court's denial of relief on his 28 U.S.C. § 2254 petition. Wilson filed the petition to challenge his jury trial conviction of simple burglary, for which he was sentenced to life imprisonment as a multiple offender.

      Wilson is entitled to a COA only if he "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Where, as here, the district court's dismissal of a petitioner's constitutional claims is on the merits, a COA will be granted if the petitioner shows that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*,

No. 11-30667

529 U.S. 473, 484 (2000).

Wilson claims that his trial counsel was ineffective for failing to move to suppress evidence on grounds of an overly suggestive identification procedure. He also argues that his trial counsel was ineffective for failing to inform the trial court of his long history of mental problems.

Wilson has failed to make the requisite showing. Accordingly, his application for a COA is DENIED.

S/ W. Eugene Davis<br>
W. EUGENE DAVIS<br>
UNITED STATES CIRCUIT JUDGE