## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 27, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30977   Lacal Wilson v. Darrel Vannoy, Warden
                           USDC No. 2:10-CV-161

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Dantrell L. Johnson, Deputy Clerk
                           504-310-7689

cc w/encl:
    Ms. Kathryn W. Landry
    Mr. Lacal Lucky Wilson

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30977
_____

LACAL LUCKY WILSON,

    Petitioner - Appellant

v.

DARREL VANNOY, WARDEN, LOUISIANA STATE PENITENTIARY,

    Respondent - Appellee

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

**A True Copy**
Certified order issued Mar 27, 2018

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Before REAVLEY, OWEN, and WILLETT, Circuit Judges.
PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment. In this habeas corpus case filed by a state prisoner, the district court entered a final judgment dismissing the petition and denying the certificate of appealability on May 20, 2011. Therefore, the final day for filing a timely notice of appeal was Monday, June 20, 2011, because the thirtieth day was a Sunday. *See* FED. R. APP. P. 26(a)(1)(C). The plaintiff's pro se notice of

Case: 17-30977 Document: 00514404409 Page: 2 Date Filed: 03/27/2018
Case 2:10-cv-00161-LMA Document 46 Filed 04/02/18 Page 3 of 3

17-30977

appeal is dated October 2, 2017, and stamped as filed on December 4, 2017. Because the notice of appeal is dated October 2, 2017, it could not have been deposited in the prison's mail system within the prescribed time. *See* FED. R. APP. P. 4(c)(1) (prisoner's pro se notice of appeal is timely filed if deposited in the institution's internal mail system on or before the last day for filing). When set by statute, the time limitation for filing a notice of appeal in a civil case is jurisdictional. *Hamer v. Neighborhood Hous. Servs. of Chi.,* 138 S. Ct. 13, 17 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeal. *Robbins v. Maggio*, 750 F.2d 405, 408 (5th Cir. 1985).

    IT IS SO ORDERED.